BEULAH HERMAN, A. W. SIKES and JIM COPPS, v. STATE OF FLORIDA.

36 So. (2nd) 224                            January Term, 1948

June 1, 1948                             Special Division B

Rehearing denied July 1, 1948.

PER CURIAM:

Affirmed.

REX SWEAT, as Sheriff of Duval County, Florida, v. DONALD MOORE, ex rel.

36 So. (2nd) 277                              June Term, 1948

June 8, 1948                            Special Division B

PER CURIAM:

Affirmed.

PRICE A. TAYLOR, also known as P. A. TAYLOR, individually, and MAE C. TAYLOR, joined by her husband, PRICE A. TAYLOR individually, v. L. W. WILSON, and JOHN F. KIRK, as Sheriff of Palm Beach County, Florida.

36 So. (2nd) 277                             June Term, 1948

June 8, 1948                                Division A

PER CURIAM:

Affirmed.

FEDERAL AMUSEMENT COMPANY, a Florida Corporation, and CHARLES (BABE) BAKER, v. STATE OF FLORIDA, upon the relation of Frank TUPPEN.

36 So. (2nd) 224                             June Term, 1948

June 8, 1948                                Division A

Rehearing denied July 1, 1948

PER CURIAM:

Affirmed.

M. C. TIDWELL v. FRANK S. FISCHER, and JOSEPHINE FISCHER, his wife.

36 So. (2nd) 277                             June Term, 1948

June 11, 1948                               Division A

PER CURIAM:

Affirmed.

STATE ex rel. BARBARA JOYCE JOHNSON, et al., v. JACK F. WHITE, as COUNTY JUDGE.

36 So. (2nd) 224                             June Term, 1948

June 11, 1948                            Special Division B

PER CURIAM:

Affirmed.